# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sharon Fowler,

    Plaintiff(s),

vs.

Jo Anne B. Barnhart,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv267

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2006 Order.

August 21, 2006

FRANK G. JOHNS, CLERK

BY: *(signature)*
Cynthia Huntley, Deputy Clerk